**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------- x

MILWAUKEE ELECTRIC TOOL          :
CORPORATION,                              :
                                         :
              **Plaintiff,**             :
                                         :
          **-against-**              :          **1:26-cv-03773-ALC**
                                         :
THE INDIVIDUALS, CORPORATIONS,  :         **ORDER**
LIMITED LIABILITY COMPANIES,    :
PARTNERSHIPS, AND                 :
UNINCORPORATED ASSOCIATIONS    :
IDENTIFIED NON SCHEUDLE A,

              **Defendant.**

----------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

On May 8, 2026, Plaintiff filed a motion to temporarily file under seal certain documents until the Court's Order to Show Cause hearing as to why Plaintiff's requested preliminary injunctive relief should not be granted. *See* ECF No. 6. For the reasons referenced in Plaintiff's motion, such request is hereby **GRANTED**. The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 6.

**SO ORDERED.**

**Dated:  May 8, 2026**
                                        _____

   **New York, New York**                        **ANDREW L. CARTER, JR.**
                                            **United States District Judge**