UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

MILWAUKEE ELECTRIC TOOL
CORPORATION,

                      **Plaintiff,**

                    **-against-**

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED NON SCHEUDLE A,

                    **Defendant.**

-------------------------------------------------------------- x

         **1:26-cv-03773-ALC**

         <u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

On May 12, 2026, Plaintiff filed a letter motion requesting that the Court grant an extension of the temporary restraining order ("TRO") previously put in place, continue Defendants' deadline to file any opposition previously due by May 15, 2026, and continue the Order to Show Cause ("OSHOW") hearing previously scheduled for May 20, 2026. *See* ECF No. 19. Pursuant to Federal Rule of Civil Procedure 65(b)(2), a TRO can be entered for 14 days and can be extended for good cause for an additional 14 days. The Court finds that Plaintiff has established sufficient good cause, namely that Plaintiff is awaiting a response from the third parties who provide online services to the Defendants to provide the information necessary to effectuate service. *See* ECF No. 19. As such, Plaintiff's requests are hereby **GRANTED.** The TRO previously entered on May 8, 2026 at ECF No. 16 is hereby extended until **June 5, 2026**. Defendants' deadline to file a response to the OSHOW is extended until **May 29, 2026**. The OSHOW hearing for the preliminary injunction is adjourned to **June 3, 2026 at 2:00PM.** The Parties should contact the Court at 1-855- 244-8681 (access code: 2305 3700 226#) on the date

and time specified above. The Clerk of Court is respectfully directed to terminate the pending

motion at ECF No. 7 and 19.

**SO ORDERED.**

**Dated:  May 14, 2026**

      **New York, New York**

      **ANDREW L. CARTER, JR.**
      **United States District Judge**