**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x

MILWAUKEE ELECTRIC TOOL
CORPORATION,

     **Plaintiff,**

    -against-

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED NON SCHEUDLE A,

     **Defendant.**

-------------------------------------------------------------- x

:
:
:
:
:
:
:
:
:
:
:
:

**1:26-cv-03773-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

   As discussed at today's telephonic hearing, Plaintiff is directed to submit a status report,

updating the Court on the status of this case, by **June 29, 2026.**

**SO ORDERED.**

**Dated:  June 3, 2026**

  **New York, New York**

             **ANDREW L. CARTER, JR.**
             **United States District Judge**