**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MILWAUKEE ELECTRIC TOOL CORPORATION,**

**Plaintiff,**

**-against-**

**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED NON SCHEUDLE A,**

**Defendant.**

**1:26-cv-03773-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On August 27, 2026, this Court issued an Order To Show Cause ("OSHOW") as to why this action should not be dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). *See* ECF No. 38. On August 28, 2026, Plaintiff submitted a response to the OSHOW. *See* ECF No. 39. Having received a satisfactory response in writing regarding the OSHOW, the Court hereby accepts Plaintiff's response and declines to dismiss the action under Rule 41(b). Further, the Court hereby accepts Plaintiff's August 19, 2026 letter nunc pro tunc and permits the action to proceed on the merits at this time.

**SO ORDERED.**

**Dated: September 1, 2026**

**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**