**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MILWAUKEE ELECTRIC TOOL CORPORATION,**

*Plaintiff,*

v.

**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,**

*Defendants.*

**Case No. 1:26-cv-03773-ALC**

Hon. Andrew L. Carter, Jr.

**ORDER MODIFYING ASSET RESTRAINT AS TO DEFENDANTS QAGTAA AND QUAUY**

The Court having considered the Joint Stipulation and Proposed Order to Modify Asset Restraint as to Defendants QAGTAA (Schedule A No. 14, TEMU Store ID: 634418218678619) and QUAUY (Schedule A No. 16, TEMU Store ID: 634418218119048), and good cause appearing, it is hereby ORDERED as follows:

**1.** The Joint Stipulation is APPROVED.

**2.** The asset restraint imposed by the Temporary Restraining Order (ECF No. 16) and the Preliminary Injunction Order (ECF No. 27) is modified as follows:

**a.** As to Defendant QAGTAA only, the restraint is limited to Fifteen Thousand Dollars ($15,000.00);

**b.** As to Defendant QUAUY only, the restraint is limited to Fifteen Thousand Dollars ($15,000.00).

**3.** Any funds, accounts, or assets of Defendant QAGTAA currently restrained or frozen in excess of $15,000.00, and any funds, accounts, or assets of Defendant QUAUY currently restrained or frozen in excess of $15,000.00, shall be released from the restraint.

**4.** The Financial Institutions identified in the PI Order (ECF No. 27), including without limitation Amazon.com, Inc., PayPal, Inc., Payoneer, Inc., Ping Pong Global Solutions Inc., Coinbase Global, Inc., Walmart, Inc., WhaleCo, Inc. ("Temu"), and ByteDance Ltd. / TikTok, as well as any other payment processor or online marketplace holding funds associated with the Stipulating Defendants, are authorized and directed, upon receipt of this Order, to release all funds of each Stipulating Defendant in excess of $15,000.00.

**5.** The $15,000.00 restraint as to each Stipulating Defendant shall remain in effect pending final disposition of the claims against that Stipulating Defendant, further written agreement of the parties, or further order of this Court.

**6.** Except as expressly modified herein with respect to the amount of funds restrained as to Defendants QAGTAA and QUAUY, the Preliminary Injunction Order (ECF No. 27) remains in full force and effect.

**7.** This Order is limited to Defendants QAGTAA and QUAUY and does not affect any other Defendant or any other relief granted in this action.

SO ORDERED.

SO ORDERED:

September 15, 2026

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE